| | |
|---|---|
| ASHBY LAW FIRM P.C.<br>Joseph R. Ashby (SBN 248579)<br>joseph@ashbylawfirm.com<br>1055 W. 7th St., 33rd Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 232-3810<br><br>*Attorney for Defendant Greg O'Brien* | STRONG & HANNI, P.C.<br>Joseph Shapiro (SBN 277111)<br>jshapiro@strongandhanni.com<br>102 S. 200 E, Suite 800<br>Salt Lake City, UT 84111<br>Telephone: (801) 532-7080<br><br>*Attorneys for Plaintiff International<br>Technological University Foundation* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL TECHNOLOGICAL UNIVERSITY FOUNDATION, a California corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>WASC SENIOR COLLEGE AND UNIVERSITY COMMISSION, a corporation, SOFIA UNIVERSITY, SPC, a corporation, GREG O'BRIEN, an individual, BARRY RYAN, an individual, and DOES 1-10,<br><br>  Defendants | CASE NO. 5:22-cv-04576-BLF<br><br>The Honorable Beth Labson Freeman<br><br>**JOINT STIPULATION AND <s>[PROPOSED]</s> ORDER REGARDING RESPONSIVE PLEADING DEADLINE FOR DEFENDANT GREG O'BRIEN**<br><br>AS MODIFIED BY THE COURT<br><br>**Courtroom:** No. 3, 5th Floor<br>**Address:**<br>U.S. Courthouse<br>280 South 1st Street<br>San Jose, CA 95113 |

STIPULATION AND <s>[PROPOSED]</s> ORDER

# STIPULATION

Plaintiff International Technological University Foundation ("ITU"), and Defendant Greg O'Brien, by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, ITU filed its original complaint on August 8, 2022.

WHEREAS, Defendant O'Brien's responsive pleading is currently due on September 29, 2022.

WHEREAS, the parties have agreed to extend the deadline for Defendant O'Brien to file his responsive pleading, without waiver of any defenses or objections to the lawsuit.

IT IS ACCORDINGLY HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for ITU and Defendant O'Brien, subject to the Court's approval, as follows:

Defendant O'Brien shall file its responsive pleading by October 14, 2022, without waiver of any defenses or objections to the lawsuit.

DATED: September 23, 2022     ASHBY LAW FIRM P.C.

By  */s/ Joseph R. Ashby*
       Joseph R. Ashby

*Attorneys for Defendant Greg O'Brien*

DATED: September 23, 2022     STRONG & HANNI P.C.

By  */s/ Joseph Shapiro*
       Joseph Shapiro

*Attorneys for Plaintiff International Technological University Foundation*

**NDCA LR 5-1(h)(3) Declaration**

I attest that Joseph Shapiro concurs in the filing of this document.

DATED:   September 23, 2022          ASHBY LAW FIRM P.C.

By  */s/ Joseph R. Ashby*
       Joseph R. Ashby

       *Attorneys for Defendant Greg O'Brien*

PURSUANT TO STIPULATION, IT IS SO ORDERED. <span style="color:red">The Court advises that, in the event a motion to dismiss is filed, the combined page limit for all motions to dismiss is 25 pages for the opening, 25 pages for the opposition, and 15 pages for the reply, regardless of the number of separate motions filed by the various defendants.</span>

DATED: <u>September 28</u>, 2022

*[signature: Beth Labson Freeman]*

Hon. Beth Labson Freeman
United States District Court

-3-
STIPULATION AND [PROPOSED] ORDER