EVERSHEDS SUTHERLAND (US) LLP
Ian S. Shelton (SBN 264863)
ianshelton@eversheds-sutherland.com
500 Capitol Mall, Suite 1750
Sacramento, CA 95814
Telephone:   (916) 844-2965
Facsimile:   (916) 241-0501

*Attorneys for Defendant WASC Senior College and University Commission*

STRONG & HANNI, P.C.
Joseph Shapiro (SBN 277111)
jshapiro@strongandhanni.com
102 S 200 E, Suite 800
Salt Lake City, UT 84111
Telephone:   (801) 532-7080

*Attorneys for Plaintiff International Technological University Foundation*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL TECHNOLOGICAL UNIVERSITY FOUNDATION, a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>WASC SENIOR COLLEGE AND UNIVERSITY COMMISSION, a corporation, SOFIA UNIVERSITY, SPC, a corporation, GREG O'BRIEN, an individual, BARRY RYAN, an individual, and DOES 1-10,<br><br>    Defendants. | CASE NO. 5:22-cv-04576-BLF<br><br>The Honorable Beth Labson Freeman<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR MOTION TO DISMISS (DKT. 28) FILED BY DEFENDANT WASC SENIOR COLLEGE AND UNIVERSITY COMMISSION**<br><br>Courtroom: No. 3, 5th Floor<br>Address: U.S. Courthouse<br>     280 South 1st Street<br>     San Jose, CA 95113 |

STIPULATION AND [PROPOSED] ORDER

**STIPULATION**

Plaintiff International Technological University Foundation ("ITU"), and Defendant WASC Senior College and University Commission ("WSCUC"), by and through its undersigned counsel, hereby stipulate as follows:

WHEREAS, WSCUC filed its motion to dismiss the complaint (Dkt. 28) on October 14, 2022, with a noticed hearing date of March 16, 2023.

WHEREAS, ITU's opposition is currently due October 28, 2022, and WSCUC's reply is currently due November 4, 2022.

WHEREAS, Section IV.B. of the Court's Standing Order re: Civil Cases states that "[t]he parties may stipulate to and request Court approval of a briefing schedule that differs from that set forth in the Court's Civil Local Rules. Under no circumstances may the reply (or other final brief) be filed less than 14 days before the hearing."

WHEREAS, the parties have agreed to an amended briefing schedule whereby ITU's opposition is due December 16, 2022 and WSCUC's reply is due January 31, 2023.

WHEREAS, the proposed reply deadline of January 31, 2023 is 44 days before the March 16, 2023 hearing date, which is well in excess of the 14-day minimum.

WHEREAS, all parties to this lawsuit consent to the present stipulation.

IT IS ACCORDINGLY HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for ITU and WSCUC, subject to the Court's approval, as follows:

1. ITU shall file its opposition to WSCUC's motion to dismiss by December 16, 2022;
2. WSCUC shall file its reply by January 31, 2023; and
3. The previously scheduled hearing date of March 16, 2023 at 9:00 a.m. remains in effect and on calendar.

DATED: October 20, 2022          EVERSHEDS SUTHERLAND (US) LLP

By */s/ Ian S. Shelton*
Ian S. Shelton

*Attorneys for Defendant WASC Senior College and University Commission*

DATED: October 20, 2022          STRONG & HANNI P.C.

By */s/ Joseph Shapiro*
Joseph Shapiro

*Attorneys for Plaintiff International Technological University Foundation*

**NDCA LR 5-1(h)(3) Declaration**

I attest that all parties concur in the filing of this document.

DATED: October 20, 2022          EVERSHEDS SUTHERLAND (US) LLP

By */s/ Ian S. Shelton*
Ian S. Shelton

*Attorneys for Defendant WASC Senior College and University Commission*

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2  DATED: _____, 2022

3

4

5                                                     _____
                                                      Hon. Beth Labson Freeman
                                                      United States District Court Judge