UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INTERNATIONAL TECHNOLOGICAL UNIVERSITY FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>WASC SENIOR COLLEGE AND UNIVERSITY COMMISSION, et al.,<br><br>Defendants. | Case No. 22-cv-04576-BLF<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION TO STAY DISCOVERY PENDING ADJUDICATION OF MOTIONS TO DISMISS**<br><br>[Re: ECF No. 54] |

Before the Court is Defendants' Motion for Administrative Relief Seeking Discovery Stay Pending Adjudication of Motions to Dismiss. Mot., ECF No. 54. Plaintiff did not oppose. Accordingly, Defendants' motion is GRANTED. Discovery is STAYED as to all parties pending the Court's ruling on the motions to dismiss.

**IT IS SO ORDERED.**

Dated: January 25, 2022

_____
BETH LABSON FREEMAN
United States District Judge