# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| INTERNATIONAL TECHNOLOGICAL UNIVERSITY FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>WASC SENIOR COLLEGE AND UNIVERSITY COMMISSION, et al.,<br><br>Defendants. | Case No. 22-cv-04576-BLF<br><br>**ORDER DIRECTING O'BRIEN AND ITU TO SUBMIT JOINT REQUEST FOR ANY PROPOSED REDACTIONS OR STATEMENT THAT NO REDACTIONS ARE REQUESTED BY MAY 17, 2023** |

On May 3, 2023, the Court issued an order on WSCUC's, O'Brien's, and Ryan's motions to dismiss. ECF No. 80. The order was filed conditionally under seal as it may contain material that is subject to forthcoming renewed motions to seal by O'Brien and ITU. *See* ECF No. 79.

O'Brien and ITU SHALL submit a joint request for any proposed redactions to the order before it is filed on the public docket or a statement that no redactions are requested by May 17, 2023. If O'Brien and ITU request redactions, they shall submit a proposed redacted version of the order with their joint request.

**IT IS SO ORDERED.**

Dated: May 3, 2023

_____
BETH LABSON FREEMAN
United States District Judge