Joseph Shapiro (277111)
Michael Stanger (admitted *pro hac vice*)
Strong & Hanni, P.C.
102 S 200 E, Suite 800
Salt Lake City, UT 84111
Telephone: (801) 532-7080
jshapiro@strongandhanni.com
mstanger@strongandhanni.com

Ethan Solove (308206)
Jessica Nwasike (343087)
Structure Law Group, LLP
1754 Technology Drive, Suite 135
San Jose, CA 95110
(408) 441-7500
esolove@structurelaw.com
jnwasike@structurelaw.com

*Attorneys for Plaintiff International Technological University Foundation*

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL TECHNOLOGICAL UNIVERSITY FOUNDATION, a California corporation<br><br>Plaintiff,<br><br>vs.<br><br>WASC SENIOR COLLEGE AND UNIVERSITY COMMISSION, a corporation; SOFIA UNIVERSITY, SPC, a corporation; GREG O'BRIEN, an individual, BARRY RYAN, an individual; and DOES 1-10,<br><br>Defendants. | Case No.: 5:22-cv-4576-BLF<br>Judge: Beth Labson Freeman<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL**<br><br>Hearing Date: N/A<br>Hearing Time: N/A<br>Courtroom: 3<br>Address: 280 South 1st Street, San Jose, CA 95113 |

Joseph Shapiro hereby gives notice of his withdrawal as counsel for Plaintiff International Technological University Foundation ("ITU"). Mr. Shapiro has provided reasonable advance notice (more than two weeks) to ITU. Michael Stanger and the law firm of Strong & Hanni, P.C. will continue to represent the Plaintiff. Ethan Solove and Jessica Nwasike of Structure Law Group, LLP will also continue to represent ITU.

Mr. Shapiro hereby requests a Court order affirming his withdrawal.

DATED: May 10, 2023

By: */s/ Joseph Shapiro/*

STRONG & HANNI, P.C.
Joseph Shapiro
Michael Stanger

STRUCTURE LAW GROUP, LLP
Ethan Solove
Jessica Nwasike

*Attorneys for Plaintiff*