ASHBY LAW FIRM P.C.
Joseph R. Ashby (SBN 248579)
joseph@ashbylawfirm.com
811 Wilshire Blvd., 17th Floor
Los Angeles, CA 90017
Telephone: (213) 232-3810

*Attorney for Defendant Greg O'Brien*

STRONG & HANNI, P.C.
Michael Stanger (*admitted pro hac vice*)
mstanger@strongandhanni.com
102 S. 200 E, Suite 800
Salt Lake City, UT 84111
Telephone: (801) 532-7080

*Attorneys for Plaintiff International Technological University Foundation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL TECHNOLOGICAL UNIVERSITY FOUNDATION, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>WASC SENIOR COLLEGE AND UNIVERSITY COMMISSION, a corporation, SOFIA UNIVERSITY, SPC, a corporation, GREG O'BRIEN, an individual, BARRY RYAN, an individual, and DOES 1-10,<br><br>Defendants | CASE NO. 5:22-cv-04576-BLF<br><br>The Honorable Beth Labson Freeman<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER REGARDING MOTIONS TO SEAL AND PUBLIC FILING OF THE COURT'S MAY 3, 2023 OPINION**<br><br>**Courtroom:** No. 3, 5th Floor<br>**Address:**<br>U.S. Courthouse<br>280 South 1st Street<br>San Jose, CA 95113 |

STIPULATION, REPORT, AND [~~PROPOSED~~] ORDER

# STIPULATION

Plaintiff International Technological University Foundation ("ITU"), and Defendant Greg O'Brien, by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on November 18, 2022, defendant O'Brien filed an Administrative Motion to Seal (ECF No. 43) portions of his Motion to Dismiss (ECF No. 43-2) and the Declaration of Greg O'Brien (ECF 43-3);

WHEREAS, on December 16, 2022, plaintiff ITU filed an Administrative Motion to Seal (ECF No. 45) portions of ITU's Opposition to Defendant O'Brien's Motion to Dismiss (ECF No. 45-1);

WHEREAS, on January 31, 2023, defendant O'Brien filed an Administrative Motion to Seal (ECF No. 61) portions of his Reply in Support of Defendant O'Brien's Motion to Dismiss (ECF No. 61-1);

WHEREAS, the basis for each of the above-referenced motions to seal was the "Confidential and Non-Disparagement" provision (Paragraph 4) in the Separation Agreement and Mutual Release between plaintiff ITU and Defendant O'Brien;

WHEREAS, on May 1, 2023, the Court denied the above-referenced motions to seal for, among other reasons, that "[t]he parties have not demonstrated that compelling reasons support their sealing requests." (ECF No. 79);

WHEREAS, the Court's May 1, 2023 Order provided that "[b]y no later than May 16, 2023, the parties shall file either renewed motions to seal or unredacted copies of the documents for which the Court denied sealing." (ECF No. 79);

WHEREAS, on May 3, 2023, the Court ordered that "O'Brien and ITU SHALL submit a joint request for any proposed redactions to the order before it is filed on the public docket or a statement that no redactions are requested by May 17, 2023." (ECF No. 81);

WHEREAS, counsel for defendant O'Brien and plaintiff ITU have met and conferred in consideration of the Court's May 1 and 3, 2023 Orders and the parties

1   have agreed that the Separation Agreement and Mutual Release between plaintiff
2   ITU and defendant O'Brien and briefs and declarations discussing that document
3   may be publicly filed (1) without any such filing or argument at a hearing related to
4   such a filing constituting a breach or violation of the Separation Agreement and
5   Mutual Release, (2) without otherwise altering, changing, or impacting the status of
6   the Separation Agreement and Mutual Release as between plaintiff ITU and
7   Defendant O'Brien, and (3) without otherwise altering, changing, or impacting the
8   positions, claims, or defenses of plaintiff ITU and Defendant O'Brien;

9       IT IS ACCORDINGLY HEREBY STIPULATED AND AGREED, by and
10  between the undersigned counsel for ITU and defendant O'Brien, subject to the
11  Court's approval, as follows:

12      1)   Defendant O'Brien shall publicly file his Motion to Dismiss (ECF No. 43-
13  2), Declaration of Greg O'Brien, including the Separation Agreement and Mutual
14  Release (ECF 43-3), and Reply in Support of Defendant O'Brien's Motion to Dismiss
15  (ECF No. 61-1) without redaction.

16      2)   Plaintiff ITU shall publicly file ITU's Opposition to Defendant O'Brien's
17  Motion to Dismiss (ECF No. 45-1) without redaction.

18      3)   Plaintiff ITU and defendant O'Brien do not request any redaction of the
19  Court's order on WSCUC's, O'Brien's, and Ryan's motions to dismiss (ECF No. 80).

20
21      IT IS SO STIPULATED.
22
23  DATED:   May 16, 2023                ASHBY LAW FIRM P.C.
24
25                                       By  /s/ Joseph R. Ashby
                                             Joseph R. Ashby
26
                                         *Attorneys for Defendant Greg O'Brien*
27
28

-2-
STIPULATION, REPORT, AND [~~PROPOSED~~] ORDER

DATED:   May 16, 2023              STRONG & HANNI P.C.

By  /s/ Michael Stanger
      Michael Stanger

*Attorneys for Plaintiff International Technological University Foundation*

**NDCA LR 5-1(h)(3) Declaration**

I attest that Michael Stanger concurs in the filing of this document.

DATED:   May 16, 2023              ASHBY LAW FIRM P.C.

By  /s/ Joseph R. Ashby
      Joseph R. Ashby

*Attorneys for Defendant Greg O'Brien*

-3-
STIPULATION, REPORT, AND [PROPOSED] ORDER

1   PURSUANT TO STIPULATION, IT IS SO ORDERED.

3   DATED: __May 17_____, 2023

_____
Hon. Beth Labson Freeman
United States District Court