# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| INTERNATIONAL TECHNOLOGICAL UNIVERSITY FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>WASC SENIOR COLLEGE AND UNIVERSITY COMMISSION, et al.,<br><br>Defendants. | Case No.  22-cv-04576-BLF<br><br>**ORDER UNSEALING ORDER ON MOTIONS TO DISMISS** |

Plaintiff ITU and defendant O'Brien have stated that they do not request any redaction of the Court's order on WSCUC's, O'Brien's, and Ryan's motions to dismiss (ECF No. 80). Accordingly, the Clerk shall unseal the Court's order at ECF No. 80.

**IT IS SO ORDERED.**

Dated:  May 17, 2023

_____
BETH LABSON FREEMAN
United States District Judge