| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>  Crystal Nix-Hines (SBN 326971)<br>  crystalnixhines@quinnemanuel.com<br>  David Armillei (SBN 284267)<br>  davidarmillei@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>Telephone:  (213) 443-3000<br>Facsimile:  (213) 443-3100<br><br>  Christina L. Wu (SBN 233186)<br>  christinawu@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone:  (415) 875-6600<br>Facsimile:  (415) 875-6700<br><br>STRONG & HANNI, P.C.<br>Michael D. Stanger (admitted pro hac vice)<br>mstanger@strongandhanni.com<br>102 S 200 E, Suite 800<br>Salt Lake City, UT 84111<br>Telephone: (801) 532-7080<br><br>*Attorneys for Plaintiff International Technological University Foundation* | ROSS, WOLCOTT, TEINERT & PROUT LLP<br>Traci G. Choi (SBN 307245)<br>TChoi@RossLLP.com<br>Paul M. Teinert (SBN 272390)<br>pmt@rossllp.com<br>3151 Airway Avenue, Suite S<br>Costa Mesa, CA 92626<br>Telephone: (714) 444-3900<br><br>*Attorneys for Defendant Barry Ryan*<br><br>ASHBY LAW FIRM P.C.<br>Joseph R. Ashby (SBN 248579)<br>joseph@ashbylawfirm.com<br>811 Wilshire Blvd, Ste 1700<br>Los Angeles, CA 90017-2630<br>Telephone: (213) 232-3810<br>Facsimile:(213) 429-0976<br><br>*Attorneys for Defendant Greg O'Brien* |

[Additional Parties Continued on Next Page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL TECHNOLOGICAL UNIVERSITY FOUNDATION, a California corporation,<br><br>        Plaintiff,<br><br>  vs.<br><br>WASC SENIOR COLLEGE AND UNIVERSITY COMMISSION, a corporation; SOFIA UNIVERSITY, SPC, a corporation; GREG O'BRIEN, an individual, BARRY RYAN, an individual; and DOES 1-10,<br><br>        Defendant. | Case No. 5:22-cv-04576-BLF<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING THE FILING OF ITU'S AMENDED COMPLAINT PURSUANT TO CIVIL LOCAL RULE 6-2** |

1  DUANE MORRIS LLP
   Edward Cramp (SBN 212490)
2  EMCramp@duanemorris.com
   Ashley Barton (SBN 335673)
3  abarton@duanemorris.com
   750 B Street, Suite 2900
4  San Diego, CA 92101
   Telephone: (619) 744-2223
5
   *Attorneys for Defendant Sofia University, SPC*
6

7  EVERSHEDS SUTHERLAND (US) LLP
   Ian S. Shelton (SBN 264863)
8  ianshelton@eversheds-sutherland.com
   500 Capitol Mall, Suite 1750
9  Sacramento, CA 95814
   Telephone: (916) 844-2965
10 Facsimile: (916) 241-0501

11 *Attorneys for Defendant WASC Senior*
   *College and University Commission*
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND [PROPOSED] ORDER**

Pursuant to Civil Local Rule 6-2, Plaintiff International Technological University Foundation ("ITU"), and Defendants WASC Senior College and University Commission ("WSCUC"), Sofia University, SPC ("Sofia"), Barry Ryan ("Ryan"), and Greg O'Brien ("O'Brien" and together with WSCUC, Sofia, and Ryan, "Defendants"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, ITU is pursuing an administrative appeal of WSCUC's decision to withdraw ITU's accreditation;

WHEREAS, on May 3, 2023 the Court issued an order ("the Court's Order") stating that "WSCUC's motion to dismiss is GRANTED WITHOUT LEAVE TO AMEND the breach of contract claims but without prejudice to filing a due process claim or other viable claim in the event that the final accreditation decision is adverse to ITU" (ECF No. 80 at 24);

WHEREAS, the Court's Order also granted Ryan and O'Brien's motions to dismiss with leave to amend;

WHEREAS, pursuant to the Court's Order, ITU's amended complaint is due on June 2, 2023;

WHEREAS, ITU has retained new counsel and would like additional time to internally assess its potential amended claims against Sofia, Ryan, and O'Brien;

WHEREAS, ITU has not previously requested or received time for an extension to file an amended complaint;

WHEREAS, the parties believe that this extension will not alter or otherwise impact the date of any event or any deadline already fixed by Court order;

IT IS ACCORDINGLY HEREBY STIPULATED and AGREED, by and between the undersigned counsel for ITU and Defendants, subject to the Court's approval, that:

(1)     To the extent that ITU's pending administrative appeal results in an adverse final accreditation decision, and to the extent that ITU would like to file a due process claim or other viable claim, ITU will file a new and separate action against WSCUC alone.  Such a complaint will not be subject to the Court's June 2, 2023 deadline.

(2) ITU's deadline to file its amended complaint against Sofia, Ryan, and O'Brien is extended by 45 days to July 17, 2023.

IT IS SO STIPULATED.

DATED: May 30, 2023                          QUINN EMANUEL URQUHART & SULLIVAN, LLP

By   */s/ Crystal Nix-Hines*
Crystal Nix-Hines
*Attorneys for Plaintiff International Technological University Foundation*

DATED: May 30, 2023                          ROSS, WOLCOTT, TEINERT & PROUT LLP

By   */s/ Traci G. Choi*
Traci G. Choi
*Attorneys for Defendant Barry Ryan*

DATED: May 30, 2023                          ASHBY LAW FIRM P.C.

By   */s/ Joseph R. Ashby*
Joseph R. Ashby
*Attorneys for Defendant Greg O'Brien*

DATED: May 30, 2023                          DUANE MORRIS

By   */s/ Edward Cramp*
Edward Cramp
*Attorneys for Defendant Sofia University, SPC*

DATED: May 30, 2023                          EVERSHEDS SUTHERLAND (US) LLP

By   */s/ Ian S. Shelton*
Ian S. Shelton
*Attorneys for Defendant WASC Senior College and University Commission*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

I, Crystal Nix-Hines, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that the signatories identified above have concurred in this filing.

DATED:  May 30, 2023

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Crystal Nix-Hines*
Crystal Nix-Hines
*Attorneys for Plaintiff International Technological University Foundation*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____, 2023

_____
Hon. Beth Labson Freeman
United States District Court