| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>  Crystal Nix-Hines (SBN 326971)<br>  crystalnixhines@quinnemanuel.com<br>  David Armillei (SBN 284267)<br>  davidarmillei@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>Telephone:   (213) 443-3000<br>Facsimile:   (213) 443-3100<br><br>  Christina L. Wu (SBN 233186)<br>  christinawu@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone:   (415) 875-6600<br>Facsimile:   (415) 875-6700<br><br>STRONG & HANNI, P.C.<br>Michael D. Stanger (admitted pro hac vice)<br>mstanger@strongandhanni.com<br>102 S 200 E, Suite 800<br>Salt Lake City, UT 84111<br>Telephone: (801) 532-7080<br><br>*Attorneys for Plaintiff International Technological University Foundation* | ROSS, WOLCOTT, TEINERT & PROUT LLP<br>Traci G. Choi (SBN 307245)<br>TChoi@RossLLP.com<br>Paul M. Teinert (SBN 272390)<br>pmt@rossllp.com<br>3151 Airway Avenue, Suite S<br>Costa Mesa, CA 92626<br>Telephone: (714) 444-3900<br><br>*Attorneys for Defendant Barry Ryan*<br><br>OFFIT KURMAN P.A.<br>Joseph R. Ashby (SBN 248579)<br>joseph.ashby@offitkurman.com<br>445 S Figueroa St 18th floor,<br>Los Angeles, CA 90071<br>Telephone: (213) 341-1303<br>Facsimile:(213) 624-9441<br><br>*Attorneys for Defendant Greg O'Brien* |

[Additional Parties Continued on Next Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL TECHNOLOGICAL UNIVERSITY FOUNDATION, a California corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>SOFIA UNIVERSITY, SPC, a corporation; GREG O'BRIEN, an individual, BARRY RYAN, an individual; and DOES 1-10,<br><br>        Defendant. | Case No. 5:22-cv-04576-BLF<br><br>**SECOND STIPULATION AND [PROPOSED] ORDER REGARDING THE FILING OF ITU'S AMENDED COMPLAINT PURSUANT TO CIVIL LOCAL RULE 6-2** |

1  DUANE MORRIS LLP
   Edward Cramp (SBN 212490)
2  EMCramp@duanemorris.com
   Ashley Barton (SBN 335673)
3  abarton@duanemorris.com
   750 B Street, Suite 2900
4  San Diego, CA 92101
   Telephone: (619) 744-2223

*Attorneys for Defendant Sofia University, SPC*

**STIPULATION AND [PROPOSED] ORDER**

Pursuant to Civil Local Rule 6-2, Plaintiff International Technological University Foundation ("ITU"), and Defendants Sofia University, SPC ("Sofia"), Barry Ryan ("Ryan"), and Greg O'Brien ("O'Brien" and together with Sofia, and Ryan, "Defendants"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on May 3, 2023 the Court issued an order ("the Court's May 3 Order") granting Ryan and O'Brien's motions to dismiss with leave to amend;

WHEREAS, ITU's amended complaint was initially due on June 2, 2023;

WHEREAS, ITU retained new counsel, who undertook an internal assessment of its potential amended claims against Defendants;

WHEREAS, on May 30, 2023, to give ITU's new counsel more time to conduct that assessment, ITU and Defendants entered a stipulation to extend the due date for the filing of ITU's amended complaint to July 17, 2023, subject to the Court's approval;

WHEREAS, on May 30, 2023, the Court entered an order granting the stipulation to extend the due date for the filing of ITU's amended complaint to July 17, 2023;

WHEREAS, ITU's new counsel experienced some technical delays in obtaining ITU's data, which was needed for its internal assessment of ITU's potential claims, and therefore seeks an additional one-week extension;

WHEREAS, the parties believe that this extension will not alter or otherwise impact the date of any event or any deadline already fixed by Court order;

IT IS ACCORDINGLY HEREBY STIPULATED and AGREED, by and between the undersigned counsel for ITU and Defendants, subject to the Court's approval, that:

(1) ITU's deadline to file its amended complaint against Sofia, Ryan, and O'Brien is extended by one week (7 days) to July 24, 2023.

IT IS SO STIPULATED.

| | |
|---|---|
| DATED: July 14, 2023 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | By  */s/ Crystal Nix-Hines*<br>Crystal Nix-Hines<br>*Attorneys for Plaintiff International Technological University Foundation* |
| DATED: July 14, 2023 | ROSS, WOLCOTT, TEINERT & PROUT LLP |
| | By  */s/ Traci G. Choi*<br>Traci G. Choi<br>*Attorneys for Defendant Barry Ryan* |
| DATED: July 14, 2023 | OFFIT KURMAN P.A. . |
| | By  */s/ Joseph R. Ashby*<br>Joseph R. Ashby<br>*Attorneys for Defendant Greg O'Brien* |
| DATED: July 14, 2023 | DUANE MORRIS |
| | By  */s/ Edward Cramp*<br>Edward Cramp<br>*Attorneys for Defendant Sofia University, SPC* |

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

I, Crystal Nix-Hines, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that the signatories identified above have concurred in this filing.

DATED: July 14, 2023

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  /s/ Crystal Nix-Hines
Crystal Nix-Hines
*Attorneys for Plaintiff International Technological University Foundation*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____, 2023

                                                                            _____
Hon. Beth Labson Freeman
United States District Court