| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>  Crystal Nix-Hines (SBN 326971)<br>  crystalnixhines@quinnemanuel.com<br>  David Armillei (SBN 284267)<br>  davidarmillei@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>Telephone:    (213) 443-3000<br>Facsimile:    (213) 443-3100<br><br>  Christina L. Wu (SBN 233186)<br>  christinawu@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone:    (415) 875-6600<br>Facsimile:    (415) 875-6700<br><br>STRONG & HANNI, P.C.<br>Michael D. Stanger (admitted pro hac vice)<br>mstanger@strongandhanni.com<br>102 S 200 E, Suite 800<br>Salt Lake City, UT 84111<br>Telephone: (801) 532-7080<br><br>*Attorneys for Plaintiff International Technological University Foundation* | ROSS, WOLCOTT, TEINERT & PROUT LLP<br>Traci G. Choi (SBN 307245)<br>TChoi@RossLLP.com<br>Paul M. Teinert (SBN 272390)<br>pmt@rossllp.com<br>3151 Airway Avenue, Suite S<br>Costa Mesa, CA 92626<br>Telephone: (714) 444-3900<br><br>*Attorneys for Defendant Barry Ryan*<br><br>OFFIT KURMAN P.C.<br>Joseph R. Ashby (SBN 248579)<br>joseph.ashby@offitkurman.com<br>445 S Figueroa St 18th floor,<br>Los Angeles, CA 90071<br>Telephone: (213) 341-1303<br>Facsimile:(213) 624-9441<br><br>*Attorneys for Defendant Greg O'Brien* |

[Additional Parties Continued on Next Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL TECHNOLOGICAL UNIVERSITY FOUNDATION, a California corporation,<br><br>            Plaintiff,<br><br>    vs.<br><br>SOFIA UNIVERSITY, SPC, a corporation; GREG O'BRIEN, an individual, BARRY RYAN, an individual; and DOES 1-10,<br><br>            Defendant. | Case No. 5:22-cv-04576-BLF<br><br>**STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Case No. 5:22-CV-04576-BLF
STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE

1  DUANE MORRIS LLP
   Edward Cramp (SBN 212490)
2  EMCramp@duanemorris.com
   Ashley Barton (SBN 335673)
3  abarton@duanemorris.com
   750 B Street, Suite 2900
4  San Diego, CA 92101
   Telephone: (619) 744-2223
5
   *Attorneys for Defendant Sofia University, SPC*
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**STIPULATION AND [PROPOSED] ORDER**

Pursuant to Rule 41(a)(1)(ii), Plaintiff International Technological University Foundation ("ITU") and Defendants Sofia University, SPC, Barry Ryan, and Greg O'Brien (collectively, "Defendants"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, ITU initiated the foregoing Action on August 8, 2022;

WHEREAS, on May 3, 2023, the Court issued an order granting Ryan and O'Brien's motions to dismiss with leave to amend;

WHEREAS, on May 30, 2023, on July 17, 2023, and on July 25, 2023, the Court granted successive extensions of time and set the due date for the filing of ITU's amended complaint to July 28, 2023;

WHEREAS, ITU, having retained new counsel and further investigated its claims, desires to dismiss the foregoing action with prejudice;

WHEREAS, Defendants consent to ITU's dismissal with prejudice and agree that each party shall bear its own costs, fees, and expenses associated with the foregoing litigation, including legal fees;

IT IS ACCORDINGLY HEREBY STIPULATED and AGREED, by and between the undersigned counsel for ITU and Defendants, subject to the Court's approval, that:

(1)     ITU's Action is dismissed with prejudice as to all Defendants.

(2)     The Parties agree that each Party shall bear its own costs, fees, and expenses associated with the foregoing litigation, including legal fees.

IT IS SO STIPULATED.

| | |
|---|---|
| DATED:  July 27, 2023 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |

By  */s/ Crystal Nix-Hines*
Crystal Nix-Hines
*Attorneys for Plaintiff International Technological University Foundation*

DATED:  July 27, 2023                    ROSS, WOLCOTT, TEINERT & PROUT LLP

By  */s/ Traci G. Choi*
Traci G. Choi
*Attorneys for Defendant Barry Ryan*

DATED:  July 27, 2023                    OFFIT KURMAN P.C.

By  */s/ Joseph R. Ashby*
Joseph R. Ashby
*Attorneys for Defendant Greg O'Brien*

DATED:  July 27, 2023                    DUANE MORRIS

By  */s/ Edward Cramp*
Edward Cramp
*Attorneys for Defendant Sofia University, SPC*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

I, Crystal Nix-Hines, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that the signatories identified above have concurred in this filing.

DATED: July 27, 2023

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  /s/ Crystal Nix-Hines
Crystal Nix-Hines
*Attorneys for Plaintiff International Technological University Foundation*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____, 2023

_____
Mark B. Busby
Clerk of Court
United States District Court