| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | ROSS, WOLCOTT, TEINERT & PROUT LLP |
| Crystal Nix-Hines (SBN 326971) | Traci G. Choi (SBN 307245) |
| crystalnixhines@quinnemanuel.com | TChoi@RossLLP.com |
| David Armillei (SBN 284267) | Paul M. Teinert (SBN 272390) |
| davidarmillei@quinnemanuel.com | pmt@rossllp.com |
| 865 South Figueroa Street, 10th Floor | 3151 Airway Avenue, Suite S |
| Los Angeles, California 90017 | Costa Mesa, CA 92626 |
| Telephone: (213) 443-3000 | Telephone: (714) 444-3900 |
| Facsimile: (213) 443-3100 | |
| | *Attorneys for Defendant Barry Ryan* |
| Christina L. Wu (SBN 233186) | |
| christinawu@quinnemanuel.com | OFFIT KURMAN P.C. |
| 50 California Street, 22nd Floor | Joseph R. Ashby (SBN 248579) |
| San Francisco, California 94111 | joseph.ashby@offitkurman.com |
| Telephone: (415) 875-6600 | 445 S Figueroa St 18th floor, |
| Facsimile: (415) 875-6700 | Los Angeles, CA 90071 |
| | Telephone: (213) 341-1303 |
| STRONG & HANNI, P.C. | Facsimile:(213) 624-9441 |
| Michael D. Stanger (admitted pro hac vice) | |
| mstanger@strongandhanni.com | *Attorneys for Defendant Greg O'Brien* |
| 102 S 200 E, Suite 800 | |
| Salt Lake City, UT 84111 | |
| Telephone: (801) 532-7080 | |

*Attorneys for Plaintiff International Technological University Foundation*

[Additional Parties Continued on Next Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL TECHNOLOGICAL UNIVERSITY FOUNDATION, a California corporation, | Case No. 5:22-cv-04576-BLF |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| vs. | |
| SOFIA UNIVERSITY, SPC, a corporation; GREG O'BRIEN, an individual, BARRY RYAN, an individual; and DOES 1-10, | |
| Defendant. | |

1  DUANE MORRIS LLP
   Edward Cramp (SBN 212490)
2  EMCramp@duanemorris.com
   Ashley Barton (SBN 335673)
3  abarton@duanemorris.com
   750 B Street, Suite 2900
4  San Diego, CA 92101
   Telephone: (619) 744-2223
5
   *Attorneys for Defendant Sofia University, SPC*
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**STIPULATION AND [PROPOSED] ORDER**

Pursuant to Rule 41(a)(1)(ii), Plaintiff International Technological University Foundation ("ITU") and Defendants Sofia University, SPC, Barry Ryan, and Greg O'Brien (collectively, "Defendants"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, ITU initiated the foregoing Action on August 8, 2022;

WHEREAS, on May 3, 2023, the Court issued an order granting Ryan and O'Brien's motions to dismiss with leave to amend;

WHEREAS, on May 30, 2023, on July 17, 2023, and on July 25, 2023, the Court granted successive extensions of time and set the due date for the filing of ITU's amended complaint to July 28, 2023;

WHEREAS, ITU, having retained new counsel and further investigated its claims, desires to dismiss the foregoing action with prejudice;

WHEREAS, Defendants consent to ITU's dismissal with prejudice and agree that each party shall bear its own costs, fees, and expenses associated with the foregoing litigation, including legal fees;

IT IS ACCORDINGLY HEREBY STIPULATED and AGREED, by and between the undersigned counsel for ITU and Defendants, subject to the Court's approval, that:

(1) ITU's Action is dismissed with prejudice as to all Defendants.

(2) The Parties agree that each Party shall bear its own costs, fees, and expenses associated with the foregoing litigation, including legal fees.

IT IS SO STIPULATED.

DATED: July 27, 2023      QUINN EMANUEL URQUHART & SULLIVAN, LLP

By    */s/ Crystal Nix-Hines*
Crystal Nix-Hines
*Attorneys for Plaintiff International Technological University Foundation*

DATED: July 27, 2023      ROSS, WOLCOTT, TEINERT & PROUT LLP

By    */s/ Traci G. Choi*
Traci G. Choi
*Attorneys for Defendant Barry Ryan*

DATED: July 27, 2023      OFFIT KURMAN P.C.

By    */s/ Joseph R. Ashby*
Joseph R. Ashby
*Attorneys for Defendant Greg O'Brien*

DATED: July 27, 2023      DUANE MORRIS

By    */s/ Edward Cramp*
Edward Cramp
*Attorneys for Defendant Sofia University, SPC*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

I, Crystal Nix-Hines, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that the signatories identified above have concurred in this filing.

DATED:  July 27, 2023

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  /s/ Crystal Nix-Hines
Crystal Nix-Hines
*Attorneys for Plaintiff International Technological University Foundation*

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: July 27, 2023

~~Mark B. Busby~~
~~Clerk of Court~~
~~United States District Court~~
BETH LABSON FREEMAN
United States District Judge