QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Crystal Nix-Hines (SBN 326971)
  crystalnixhines@quinnemanuel.com
  David Armillei (SBN 284267)
  davidarmillei@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:    (213) 443-3000
Facsimile:    (213) 443-3100

  Christina L. Wu (SBN 233186)
  christinawu@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

STRONG & HANNI, P.C.
Michael D. Stanger (admitted pro hac vice)
mstanger@strongandhanni.com
102 S 200 E, Suite 800
Salt Lake City, UT 84111
Telephone: (801) 532-7080

*Attorneys for Plaintiff International Technological University Foundation*

EVERSHEDS SUTHERLAND (US) LLP
Ian S. Shelton (SBN 264863)
ianshelton@eversheds-sutherland.com
500 Capitol Mall, Suite 1750
Sacramento, CA 95814
Telephone: (916) 245-7427
Facsimile: (916) 241-0501

*Attorneys for Defendant WASC Senior College and University Commission*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL TECHNOLOGICAL UNIVERSITY FOUNDATION, a California corporation,<br><br>              Plaintiff,<br><br>       vs.<br><br>WASC SENIOR COLLEGE AND UNIVERSITY COMMISSION, a corporation; SOFIA UNIVERSITY, SPC, a corporation; GREG O'BRIEN, an individual, BARRY RYAN, an individual; and DOES 1-10,<br><br>              Defendant. | Case No. 5:22-cv-04576-BLF<br><br>**CIVIL L.R. 6-2 STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT WASC SENIOR COLLEGE AND UNIVERSITY COMMISSION TO FILE MOTION FOR ATTORNEY'S FEES AND COSTS** |

**STIPULATION AND [PROPOSED] ORDER**

Pursuant to Civil L.R. 6-2, Plaintiff International Technological University Foundation ("ITU"), and Defendant WASC Senior College and University Commission ("WSCUC"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on May 3, 2023, the Court entered an order granting WSCUC's motion to dismiss the breach of contract claim that ITU asserted against WSCUC (Dkt. 80).

WHEREAS, on July 27, 2023, the Court entered a stipulation and order dismissing the remaining three defendants in this action (Dkt. 102).

WHEREAS, pursuant to Federal Rule of Civil Procedure 54 and Civil L.R. 54-5, WSCUC must file any motion for attorney's fees and costs no later than August 10, 2023 ("Motion").

WHEREAS, WSCUC and ITU have various disagreements regarding the anticipated Motion and wish to engage in further meet and confer efforts regarding those disagreements.

WHEREAS, in separate proceedings, WSCUC and ITU are participating in the administrative appeal process regarding WSCUC's withdrawal of ITU's accreditation, which is pending and will likely remain pending through fall 2023.

WHEREAS, the Court has the authority to accommodate the parties' ongoing discussions and extend the deadline for WSCUC to file its motion for attorney's fees and costs through October 31, 2023. *See WildEarth Guardians v. McCarthy*, No. 11-cv-5651-YGR, 2014 U.S. Dist. LEXIS 5969, at *12 (N.D. Cal. Jan. 16, 2014) (noting that the 14-day deadline in Rule 54 is "not jurisdictional" and "[t]he Court frequently grants extensions of this deadline, either by motion or stipulation, when requested").

WHEREAS, the commentary to Civil. L.R. 54-5 expressly contemplates that the parties may seek an order from the Court granting an extension of the 14-day deadline by stipulation pursuant to Civil L.R. 6-2.

WHEREAS, the parties agree that an extension of time until October 31, 2023 is appropriate given the complexity of the issues being discussed by the parties.

1   WHEREAS, the parties respectfully request that the Court grant the present stipulation and
2   order before the current deadline of August 10, 2023, which will obviate the need for WSCUC to
3   file the Motion prematurely and will conserve the resources of the parties and the Court.

4   IT IS ACCORDINGLY HEREBY STIPULATED and AGREED, by and between the
5   undersigned counsel for ITU and WSCUC, subject to the Court's approval, that WSCUC's deadline
6   to file a motion for attorney's fees and costs is hereby extended until October 31, 2023.

7   IT IS SO STIPULATED.

9   DATED:  August 8, 2023                    QUINN EMANUEL URQUHART &
                                              SULLIVAN, LLP

                                              By     /s/ Crystal Nix-Hines
                                              Crystal Nix-Hines
                                              *Attorneys for Plaintiff International Technological*
                                              *University Foundation*

16  DATED:  August 8, 2023                    EVERSHEDS SUTHERLAND (US) LLP

                                              By     /s/ Ian S. Shelton
                                              Ian S. Shelton
                                              *Attorneys for Defendant WASC Senior*
                                              *College and University Commission*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

I, Ian S. Shelton, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that the signatories identified above have concurred in this filing.

DATED: August 8, 2023           EVERSHEDS SUTHERLAND (US) LLP

By  */s/ Ian S. Shelton*
Ian S. Shelton
*Attorneys for Defendant WASC Senior College and University Commission*

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __August 8_____, 2023

_____
Hon. Beth Labson Freeman
United States District Court Judge